# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                         Plaintiff,

v.                                                              Case No.: 1:20−cr−00631
                                                                  Honorable Virginia M. Kendall

Elias Quinones−Figueroa

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 15, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall as to Elias Quinones−Figueroa. Attorney John Sullivan's Motion for authorization to employ co−counsel to assist in resolution of case [30] is granted. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.