UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | &#124; | |
| Plaintiff, | &#124; | |
| | &#124; | |
| v. | &#124; | 20 CR 631-1 |
| | &#124; | |
| ELIAS QUINONES-FIGUEROA, | &#124; | Judge Virginia Kendall |
| Defendant. | &#124; | |

**DEFENDANT'S MOTION FOR THIS COURT
TO RECOMMEND AND REQUEST OF THE US MARSHAL THAT
DEFENDANT BE HOUSED IN THE MCC-CHICAGO AFTER HIS SENTENCING**

Defendant ELIAS QUINONES-FIGUEROA, by and through his appointed counsel John L. Sullivan, hereby moves this Court to recommend to and request of the US Marshal that Defendant be housed in the MCC-Chicago after his sentencing by this Court on July 14, 2022. In support of his Motion, Defendant states as follows:

1. Defendant was arrested in this case in September 2020 and ordered detained. Defendant will be sentenced by this Court on July 14, 2022 and one component of his sentencing will be a custodial sentence of at least 7 years. Thus, Defendant is not expecting to be released from custody any time in the immediate future.

2. During his detention in this case, Defendant has been continuously housed by the US Marshal in the Winnebago County Jail, Rockford, IL. Such placement of Defendant in that location has been difficult for the young Defendant and his family who prior to his arrest lived constantly with his family in Chicago.

3. In particular, the Winnebago County Jail is located an approximately 90 minute drive from Defendant's family's residence now in Berwyn, IL. During the term

1

of Defendant's detention in Winnebago County, Defendant has been entitled to one visit per week, 15 minutes in length, by video only where the visitor must appear at the Winnebago Jail facility and use, and Defendant or his family must pay for the video connection. The one visit per week rule does not apply per visitor but for all visitors, meaning Defendant must specify earlier in each week with whom and when on the weekend he anticipates a 15-minute video visit. The visitor must drive to Winnebago County and use the Jail's video conferencing system. Only one visitor is allowed be 15-minute session, except two visitors can appear by video in the same session but only if one is an adult and the other a minor child. Thus, Defendant's mother and his adult siblings must stagger their video visits over a period of weeks. On a typical weekend, Defendant's mother or a family member must spend a minimum of 3.5 hours traveling just for a 15 minutes video visit.

4. During the COVID pandemic, there was a total period of approximately 4-5 months when the Winnebago County Sheriff did not allow any visits with inmates even by video.

5. Upon information and belief, the MCC-Chicago is currently allowing face-to-face visits with inmates.

6. After sentencing, Defendant expects that he will remain in US Marshal custody through their office in Chicago until the BOP designates the institution where Defendant Elias will serve his sentence and actually transports him there. During that time waiting for transport, Defendant would like the opportunity for face-to-face visits at the MCC-Chicago with his family member. Such visits are not available if Defendant

continues to be housed in the Winnebago County Jail.

WHEREFORE, Defendant moves this Court to recommend and request of the US Marshal-Chicago that Defendant Elias Quinones-Figueroa be moved to and then housed after his sentencing and prior to his designated prison assignment at the MCC-Chicago.

Respectfully submitted,

*s/    John L. Sullivan*

7 July 2022                                               John L. Sullivan

John L. Sullivan
Appointed Counsel for Defendant
1420 Lehigh Ave #B1
Glenview, IL 60026
sullivanljohn@yahoo.com
312-406-5566

CERTIFICATE OF SERVICE

The undersigned does hereby certify that service of the attached

**DEFENDANT'S MOTION FOR THIS COURT
TO RECOMMEND AND REQUEST OF THE US MARSHAL THAT
DEFENDANT BE HOUSED IN THE MCC-CHICAGO AFTER HIS SENTENCING**

was accomplished pursuant to ECF as to Filing Users and with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                                                     s/    John L. Sullivan

                                                                                     John L. Sullivan

17 July 2022

John L. Sullivan
Appointed Counsel for Defendant
1420 Lehigh Ave #B1
Glenview, IL 60026
[sullivanljohn@yahoo.com](mailto:sullivanljohn@yahoo.com)
312-406-5566