UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 20 CR 631 |
| v. | ) | |
| | ) | Judge Virginia Kendall |
| ELIAS QUINONES-FIGUEROA | ) | |

**MOTION OF THE UNITED STATES FOR ENTRY OF**
**<u>PRELIMINARY ORDER OF FORFEITURE</u>**

The United States of America, through JOHN R. LAUSCH, Jr., United States Attorney for the Northern District of Illinois, moves for entry of a preliminary order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2, and in support thereof submits the following:

1. On September 15, 2020, an indictment was returned charging defendant Elias Quinones-Figueroa with carjacking, in violation of Title 18, United States Code, Sections 2119 and 2 (Count One) and using, carrying, and brandishing firearms during and in relation to a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A) (Count Two). The indictment sought forfeiture to the United States of any firearms and ammunition involved in and used in the charged offense including, but not limited to a .22 caliber Rohm RG 14 revolver bearing serial number 31452, a .380 caliber Taurus PT 138 Pro Millennium pistol bearing serial number KBR35052, and associated ammunition.

2. On March 7, 2022, pursuant to Fed. R. P. 11, defendant Elias Quinones-Figueroa entered a voluntary plea declaration to the indictment before the Court. Pursuant to the terms of his plea agreement and as a result of his violation of Title 18, United States Code, Sections 2119 and 2 (Count One) and using, carrying, and brandishing firearms during and in relation to a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A) (Count Two), defendant Elias Quinones-Figueroa agreed to the entry of a preliminary order of forfeiture relinquishing any right, title or interest he has in the foregoing firearms and ammunition, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

3. Pursuant to Fed. R. Crim. P. 32.2(b)(2), following a finding that property is subject to forfeiture, the Court should enter a preliminary order of forfeiture directing the forfeiture of specific property.

4. In accordance with this provision, the United States requests that this Court enter a preliminary order of forfeiture against defendant Elias Quinones-Figueroa as to the foregoing firearms and ammunition, because the property was involved in and used in the offense of conviction charged in the indictment.

5. Pursuant to the provisions of Title 21, United States Code, Section 853(g), as incorporated by Title 28, United States Code, Section 2461(c), upon entry of this preliminary order of forfeiture, the Federal Bureau of Investigation shall seize and take custody of the foregoing firearms and ammunition for disposition according to law.

6. Further, pursuant to the provisions of Title 21, United States Code, Section 853(n)(1), as incorporated by Title 28, United States Code, Section 2461(c), upon entry of a preliminary order of forfeiture, the United States shall publish notice of this order and of its intent to dispose of the property according to law. The government may also, pursuant to the statute, to the extent practicable, provide written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture, including but not limited to the rightful owner of the subject property.

7. Further, pursuant to the provisions of Title 21, United States Code, Section 853(n)(2), as incorporated by Title 28, United States Code, Section 2461(c), if, following notice as directed by this Court and Title 21, United States Code, Section 853(n)(1), any person, other than the defendant, asserts a legal interest in the property that has been ordered forfeited to the United States, within thirty days of the final publication of notice or this receipt of notice under the preceding paragraph, whichever is earlier, and petitions the Court for a hearing to adjudicate the validity of this alleged interest in the property, the government shall request a hearing. The hearing shall be held before the court alone, without a jury.

8. Following the Court's disposition of all third-party interests, the Court shall, upon the government's motion, if appropriate, enter a final order of forfeiture as to the aforementioned firearms and ammunition which shall vest clear title in the United States of America. In the alternative, the government may seek entry of a

turnover order in lieu of a final order of forfeiture, to allow for the return of the subject property to its rightful owner.

9. The United States requests that the terms and conditions of this preliminary order of forfeiture entered by the Court be made part of the sentence imposed against defendant Elias Quinones-Figueroa and included in any judgment and commitment order entered in this case against him.

WHEREFORE, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Fed. R. Crim. P. 32.2, the United States requests that this Court enter a preliminary order of forfeiture as to the foregoing property, in accordance with the draft preliminary order of forfeiture which is submitted herewith.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: */s/ Shawn McCarthy*
SHAWN McCARTHY
Assistant United States Attorney
219 S. Dearborn, Suite 500
Chicago, Illinois 60604
(312) 353-5300